JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD ASSURANCE CO. U.S. INC,<br><br>             Plaintiff,<br><br>      vs.<br><br>YUSEN LOGISTICS (AMERICAS) INC.; and DOES I through V, inclusive,<br><br>             Defendant. | Case No. 2:22-cv-05953-SPG-SK<br><br>**ORDER FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Based on the parties' stipulation to dismissal of the entire action, with prejudice, and with each party to bear its costs and attorneys' fees,

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, and with each party to bear its own attorney's fees and costs.

Dated: March 23, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE